# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Appellee** | |
| v. | **Docket No. 14-4011** |
| **MICHAEL JAMES TAYLOR** | |
| **Appellant** | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

NOW COMES Appellant Michael James Taylor, through undersigned counsel, and respectfully requests ten (10) additional days to file Appellant's brief and the Joint Appendix, which are currently due on May 2, 2014. Undersigned counsel respectfully requests permission to file the Opening Brief and Joint Appendix on May 12, 2014. In support thereof, undersigned counsel shows the following:

1. The initial Briefing Order entered in this matter directed that Appellant's Opening Brief and the Joint Appendix be filed by April 2, 2014.

2. On March 10, 2014, the Court granted Appellant's unopposed motion to extent the briefing deadlines and ordered that Appellant's Opening Brief and Joint Appendix be filed by May 2, 2014.

1

3. The Joint Appendix in this matter is nearly complete. Undersigned counsel requires an additional ten (10) days, however, to finish the Opening Brief.

4. Undersigned counsel is lead counsel in a federal lawsuit that was filed on April 28, 2014 in the Western District of North Carolina – *General Synod of the United Church of Christ v. Cooper*, Case No. 3:14-cv-213 (W.D.N.C.) – that involves twenty-one (21) named plaintiffs and eleven (11) named defendants. The lawsuit alleges violations under the First Amendment and Fourteenth Amendment on behalf of six same-sex couples who wish to legally marry in North Carolina, eight faith leaders who wish to be able to solemnize same-sex marriages in their churches and temples, and the United Church of Christ. Preparation for filing this *pro bono* action occupied an extensive part of undersigned counsel's practice for nearly the entire month of April, thus interfering with counsel's commitments in other matters, including the instant appeal. Counsel has been responsible for additional matters in both federal and state courts, as well, which has delayed timely completion of Appellant's Opening Brief.

5. Counsel has communicated with Assistant U.S. Attorney Amy Ray, who has no objection to this request.

6. This request is submitted in good faith for the reasons stated above and not for the purpose of undue delay.

WHEREFORE, for the foregoing reasons, and in order for undersigned counsel to properly prepare Appellant's brief, undersigned counsel respectfully requests a ten (10) day extension of time until May 12, 2014.

Respectfully submitted this 28th day of April, 2014.

/s/ Jacob H. Sussman
Jacob H. Sussman
N.C. Bar No. 31821

TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, NC 28203
T: 704-338-1220
F: 704-338-1312
E: jsussman@tinfulton.com

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Appellee** | |
| v. | **Docket No. 14-4011** |
| **MICHAEL JAMES TAYLOR** | |
| **Appellant** | |

The undersigned hereby certifies that he has served the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Ms. Amy Elizabeth Ray
Assistant U. S. Attorney
amy.ray@usdoj.gov


Dated: April 28, 2014

/s/ Jacob H. Sussman
Jacob H. Sussman
N.C. Bar No. 31821

4